1  Zachary Nightingale (California Bar #184501)
   Marc Van Der Hout (California Bar # 80778)
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone: (415) 981-3000
4  Facsimile: (415) 981-3003

5  Attorneys for Petitioner
   Hansoo KEYOUNG

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

   Hansoo KEYOUNG                          Case No. C-06-06600 MJJ
12
          Petitioner,
13
              v.                           **STIPULATION TO DISMISS;
14                                          AND [PROPOSED] ORDER**

   David STILL, in his Official Capacity, District
15 Director, U.S. Department of Homeland Security,
   Citizenship and Immigration Services, San Francisco,
16 California;

17 Michael CHERTOFF, in his Official Capacity,
   Secretary, United States Department of Homeland
18 Security;

19 Alberto R. GONZALES, in his Official Capacity,
   Attorney General, U.S. Department of Justice
20

21       Respondents.

22

23

24

25

26

27

28

─────────────────────────────────────────────────────
Stipulation to Dismiss; and [Proposed] Order          No: C-06-06600 MJJ

Petitioner, by and through his attorneys of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship & Immigration Services is now prepared to grant Petitioner's application for naturalization and agrees to schedule him for an oath ceremony within 45 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Date: December 20, 2006                    Respectfully submitted,


_____/s/_____
Zachary Nightingale
Attorney for Petitioner


Date: December 13, 2006                    Respectfully submitted,



Kevin Ryan
United States Attorney


___/s/_____
Ila Deiss
Assistant United States Attorney


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:     12/21/2006

Martin J. Jenkins
United States District Judge