| | |
|---|---|
| 1 | Zachary Nightingale (California Bar #184501) |
| | Marc Van Der Hout (California Bar # 80778) |
| 2 | Van Der Hout, Brigagliano & Nightingale, LLP |
| | 180 Sutter Street, Fifth Floor |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 981-3000 |
| 4 | Facsimile: (415) 981-3003 |

Attorneys for Petitioner
Hansoo KEYOUNG

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hansoo KEYOUNG | Case No. C-06-06600 MJJ |
| Petitioner, | |
| v. | **STIPULATION TO DISMISS;** |
| David STILL, in his Official Capacity, District Director, U.S. Department of Homeland Security, Citizenship and Immigration Services, San Francisco, California; | **AND [PROPOSED] ORDER** |
| Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; | |
| Alberto R. GONZALES, in his Official Capacity, Attorney General, U.S. Department of Justice | |
| Respondents. | |

Stipulation to Dismiss; and [Proposed] Order                                   No: C-06-06600 MJJ

| | |
|---|---|
| 1 | Petitioner, by and through his attorneys of record, and Respondents, by and through their |
| 2 | attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the |
| 3 | above-entitled action without prejudice in light of the fact that the United States Citizenship & |
| 4 | Immigration Services is now prepared to grant Petitioner's application for naturalization and |
| 5 | agrees to schedule him for an oath ceremony within 45 days of the dismissal of this action. |
| 6 | Each of the parties shall bear their own costs and fees. |

Date: December 20, 2006                    Respectfully submitted,


_____/s/_____
Zachary Nightingale
Attorney for Petitioner


Date: December 13, 2006                    Respectfully submitted,



Kevin Ryan
United States Attorney


___/s/_____
Ila Deiss
Assistant United States Attorney


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/3/2007                    _____
                                    Martin J. Jenkins
                                    United States District Judge

Stipulation to Dismiss; and [Proposed] Order                                    No: C-06-06600 MJJ